# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELMER LOPEZ<br><br>          Plaintiff,<br><br>v.<br><br>HEALTHY & FRESH PIZZERIA, LLC,<br><br>          Defendant. | No. 1:14-cv-00414-ABJ |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R Civ. P. 41(a)(1)(A)(i) Plaintiff hereby dismisses this action against Defendant *without prejudice*, Plaintiff to bear his own costs and attorneys' fees.


Date: 05/08/2014                    Respectfully submitted,

                                    /s/ Justin Zelikovitz, Esq.
                                    Justin Zelikovitz, #986001
                                    LAW OFFICE OF JUSTIN ZELIKOVITZ, PLLC
                                    519 H Street, NW; Second Floor
                                    Washington, DC 20001
                                    Phone: (202) 803-6083
                                    Fax: (202) 683-6102
                                    justin@dcwagelaw.com